# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JONATHAN B. EDWARDS,

    Petitioner,

v.                                                        CASE NO. 4:08cv527-RH/WCS

LARRY CAMPBELL,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 3). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition under 28 U.S.C. § 2254 is DISMISSED without prejudice for failure to exhaust available state court remedies." The clerk must close the file.

SO ORDERED on March 10, 2009.

                                                            s/Robert L. Hinkle
                                                            Chief United States District Judge